**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2197**

———————

J. ALAN BRICKER,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND, DEPARTMENT OF HEALTH
AND MENTAL HYGIENE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-3624-S)

———————

Submitted: November 26, 1996      Decided: December 18, 1996

———————

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Alan Bricker, Appellant Pro Se. Lawrence Joseph Ageloff, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment and dismissing Appellant's suit filed pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bricker v. Maryland</u>, No. CA-95-3624-S (D. Md. July 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2